McGREGOR W. SCOTT
United States Attorney
WILLIAM B. TAYLOR
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>CYNTHIA R. DAVIS<br><br>         Defendant. | Case No. 1:20-mj-00101-SAB<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:20-mj-00101-SAB against CYNTHIA R. DAVIS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: February 10, 2021                             Respectfully submitted,

                                                                            McGREGOR W. SCOTT
                                                                            United States Attorney

                                                        By:    /s/ William B. Taylor
                                                                            WILLIAM B. TAYLOR
                                                                            Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:20-mj-00101-SAB against CYNTHIA R. DAVIS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**February 11, 2021**__

UNITED STATES MAGISTRATE JUDGE